IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BRIAN CAMPBELL and MATTHEW CAMPBELL,<br><br>　　　　　　　　　Defendants. | **8:19CR105**<br><br>**ORDER** |

　　　　The Court has been advised that the defendants request permission to enter a plea of guilty.

　　　　**IT IS ORDERED** that:

　　　　1.　　This case will not be placed on the trial docket based upon the request of the defendants.

　　　　2.　　A hearing on the defendants' anticipated pleas of guilty is scheduled before Magistrate Judge Susan M. Bazis on **Thursday, May 2, 2019** at the hour of **2:30 p.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　　　3.　　At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendants shall provide to the undersigned magistrate judge a copy of the following: a) a copy of the Petition to Enter A Guilty Plea; b) a copy of any plea agreement; and c) a copy of any charging document not yet on file. **Failure to meet this deadline will cause the plea proceeding to be cancelled.**

　　　　4.　　On or before the date for the plea proceeding, counsel for plaintiff and for defendants shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

　　　　5.　　For these defendants, the time between **today's date** and the hearing on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(G) & (h)(7)(A).

　　　　6.　　If a defendant is not proficient in the English language, then the defense counsel must arrange for the person who translated the petition and plea agreement to be present for entry of the plea **OR** shall present a completed "DECLARATION OF INTERPRETER (TRANSLATOR)" form available from the courtroom deputy clerk.

　　　　Dated this 22nd day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge